## Commonwealth *v.* Flint, Appellant.

Argued April 12, 1972. *William G. McConnell,* with him *Cusick, Madden, Joyce & McKay,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Gesuale, Appellant.

Argued April 10, 1972. *Anthony V. DeCello,* with him *DeCello, Bua & Manifesto,* for appellant; *J. Kent Culley,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.